**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 20-2094**

---

ANTHONY G. BRYANT,

       Plaintiff - Appellant,

    v.

EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,

       Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston. Margaret B. Seymour, Senior District Judge. (2:20-cv-03037-MBS-MGB)

---

Submitted: January 19, 2021           Decided: January 21, 2021

---

Before AGEE, WYNN, and DIAZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Anthony G. Bryant, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony G. Bryant seeks to appeal the district court's order requiring him to pay the full filing fee in his civil action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Bryant seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*